UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Caterpillar Inc., et al.,

                          Plaintiff(s),

            -against-

Liberty Global Logistics LLC, et al.,

                          Defendant(s).

25-CV-28 (PKC)


ORDER


P. KEVIN CASTEL, U.S.D.J.:

There is no basis to file the Notice of Motion to Dismiss under seal (ECF 41). Indeed, an exact duplicate is filed on the public docket at ECF 42.   The Clerk shall terminate the motion at ECF 41 and unseal ECF 41.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        January 29, 2026